**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:16CR153 |
| | ) | |
| vs. | ) | |
| | ) | |
| DAVID J. BARRAGAN and | ) | ORDER |
| ERNESTO D. CONTRERAS, | ) | |
| | ) | |
| Defendants. | | |

This matter is before the court on defendant David J. Barragan's unopposed Motion to Continue Trial [97] as counsel needs addition time to explore plea negotiations. The defendant shall comply with NECrimR 12.1(a).  For good cause shown,

**IT IS ORDERED** that the Motion to Continue Trial [97] is granted as follows:

1.  The jury trial, **for both defendants**, now set for October 25, 2016 is continued to **November 29, 2016.**

2.  The defendant shall file the affidavit required by paragraph 9 of the progression order and NE.CrimR 12.1(a) forthwith.

3.  In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial.  Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and November 29, 2016**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act.  Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

**DATED October 21, 2016.**

BY THE COURT:

s/ F.A. Gossett, III
**United States Magistrate Judge**