IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:16CR 153 |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| v. | ) | |
| | ) | |
| DAVID J. BARRAGAN, | ) | |
| | ) | |
| Defendant. | ) | |

THIS MATTER came before the Court on the motion of the Defendant for release to the Nova Treatment Program in Omaha, NE.

The Court, being fully advised in the premises, finds that the Motion should be granted.

IT IS THEREFORE ORDERED that:

1. On Wednesday, April 19, 2023, at 12:00 pm the Defendant is to be released from the United States Marshal custody at the Roman Hruska Federal Courthouse to be transported directly to the Nova treatment facility by his mother, Denise Marr as Ponca Express does not have any drivers available at this time to transport him on Wednesday.

2. In addition, the Defendant remains subject to all of the previously ordered conditions of his supervised release. Further, the Court orders that if the Defendant fails to remain in such program, participate in such program, and obey all the rules of such program, the Court shall be notified immediately so that a warrant may issue.

DATED this 18th day of April, 2023.

BY THE COURT:

_____
The Hon. Michael D. Nelson
United States Magistrate Judge